UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
HAIM YUZARY,

                            Petitioner,                  04 Civ. 2809 (RPP)
                                                          96 Cr. 967 (RPP)

     - against -

**OPINION AND ORDER**

UNITED STATES OF AMERICA,

                            Respondent.
------------------------------------------------------X

**ROBERT P. PATTERSON, JR., U.S.D.J.**

On December 13, 2007, Petitioner filed a notice of appeal of this Court's denial of his Rule 60(b) motion, which is liberally construed as including an application for a certificate of appealability. See Kellogg v. Strack, 269 F.3d 100, 103 (2d Cir. 2001). As Petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue. 28 U.S.C. § 2253; see Lozada v. United States, 107 F.3d 1011 (2d Cir. 1997), abrogated on other grounds by United States v. Perez, 129 F.3d 255, 259-60 (2d Cir. 1997).

     IT IS SO ORDERED.

Dated: New York, New York
         January 2, 2008

                                                              Robert P. Patterson, Jr.
                                                               U.S.D.J.

**Copies of this Opinion and Order sent to:**

Haim Yuzary
Reg. No. 39326-054
F.C.I. Ft. Dix
P.O. Box 7000/5802
Fort Dix, NJ 08640

Michael J. Garcia, U.S. Attorney
Southern District of New York
ATTN: Justin S. Weddle, A.U.S.A.
One St. Andrew's Plaza
New York, NY 10007
Tel: 212-637-2312